| | |
|---|---|
| 2254 ____ 1983 ✓ | |
| FILING FEE PAID ✓ | |
| Yes ____ No ✓ | |
| IFP MOTION FILED | |
| Yes ____ No ✓ | |
| COPIES SENT TO | |
| Court ✓ ProSe ____ | |

FILED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KAD DEPUTY

MR. JAMES L.O. Hines 197067
Name and Prisoner/Booking Number

ASPC Florence Small Exman Complex
Place of Confinement

Box 3400 1-008-40 Small II
Mailing Address

Florence Az 85232.
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

9th District Federal Courts

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Los ANGELS and San Diego Central Southern

MR. JAMES L.O. Hines,
(Full Name of Plaintiff)
Plaintiff,

vs.

**CASE NO.** '07 CV 2240 J BLM
(To be supplied by the Clerk)

(1) DORA B Schriro Dir. of Corr.,
(Full Name of Defendant)
(2) Gov. Janet Napolitano,
(3) Gov. Arnold Schwarzenegger,
(4) Civil Agency Con Rep, June Shell
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☒ Other: 28 USC § 1332 (a)(multi-state joint venture).

2. Institution/city where violation occurred: Buckeye to Florence Az, Corcoran to ASH, "South Point".

Revised 3/9/07

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Dora B. Schriro Dir. of Corr. The first Defendant is employed as: Arizona Dept of Corrections, Director (Position and Title) at Aspc Buckeye, Aspc Florence Smu II (Institution).

2. Name of second Defendant: Governor Janet Napolitano. The second Defendant is employed as: Governor State of Arizona (Position and Title) at ASPC Florence Eyman Complex SMU II (Institution).

3. Name of third Defendant: Governor Arnold Schwarzenegger. The third Defendant is employed as: Governor State of California (Position and Title) at Atascadero, Con Rep Southpoint (Institution).

4. Name of fourth Defendant: Con Rep Director Ms June Shell. The fourth Defendant is employed as: Director of civil Agencies Con Rep (Position and Title) at Con Rep Agencies San Diego (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 200#. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Jackson Malloy K86989 aka v. Corey Kennedy MTV
   2. Court and case number: unk San Francisco Ca Northern District Fed Courts.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) this case was dismissed.

b. Second prior lawsuit:
   1. Parties: Jackson Malloy K86989 v. Cindy Hall SDPD
   2. Court and case number: unk Eastern Federal District Court Fresno Ca.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) this case was dismissed.

c. Third prior lawsuit:
   1. Parties: Jackson Malloy K86989 v. Atascadero State Hospital Dr. Abramson
   2. Court and case number: unk Central District Court Los Angeles Ca.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed based on procedural points.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourth Amendment/ Fifth Amendment= The Right to be safe in Custody, w/out Jeopardy to life or limb.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Dora B. Shriro has housed plaintiff after an Ad-seg lock up order for Investigation was signed, punitively in an Adverse dominion that caused serious injuries for hospitalizations and out patient care that involves Serious risks due to denial of change of Venue for fair and impartial trial concurrent and succinct to San Diego Gang Violence at RJ Donovan Prison, retrospectively 5-15-97 to UCSD on 4-2004 and Maricopa County Jail on 10-10-04 to 8-6-05 to 12-05 to Projected release date of: 2-17-10#.

As a civil mood swoller with aka of Jackson Malloy K86989 of San Luis obispo County from San Diego County found competent w/ examplary reports the action of incarceration in an adverse dominion for investigation subjects the plaintiff to treble enhanced punishment in violation of Parole Contract Signed at State Hospital Atascadero with Con Ree Deeondis L.C.S.W. Case worker.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Fudiciary Wound on Right Leg. tendonitis, rheumatory arthritis, cardio-vascular loss of Red blood cells, loss of body wieght by 50 & And... The chance or opportunity to receive obligatory alternative to rein carceration.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (Up to date Correspondence dated 10-30-07. #)

**COUNT II**

1. State the constitutional or other federal civil right that was violated: First Amendment/, Fifteenth Amendment, prohibition of freedom of Religion, and Press on account of race.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety ☐ Other: ________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Governor Janet Napolitano as defendant in false incarceration and civil rights complaint as named herein... failed to stop illegal interrogations at Florence State Prison after Pinal County Notices and Plaintiff as inmate Corresponded in re: of: "conditions of incarceration" on dates of: approx: July 30th 2007 to August 2007, (specifically 8-30-07), and October 17th 2007 claiming "preclusion to intervention in matters pending before the Courts and or administrative proceedings or matters involving Law enforcement", (verbatim, specifically.) Plaintiff is a Baptized Roman Catholic from Decatur, Illinois, 1965, and even with a catholic Bible, and a Bible of Zondervan Publishing Company for "Baptist to Wesleyan" (a familial preference) (locally and abroad), to be denied substantial equality without cyberoptical and telephonic intrusion of demain to pray, read, or study the Bible, (even generally as others, in same vicinities), in and out of custody, due to Seminole familial heritage as a 1/2 breed Indian the abridging by Church and State with computer surveillance denies freedom of Religion, because of race. And freedom to speak to the press w/out censorship, because of race, or to petition the Government for a redress of Grievences, because of race, (identity-ethnically); by the State of Arizona, and its officers, classified for policy rehabilitation, racially.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Oppresively, Subjugated Conditions of Confinement that expose the Plaintiff to serious harm based on biblical verse Genesis 32:22. or Health care choice of treatment: Exodus 17:15. Danger to life, by adverse religious custodians.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Up to date Copied Correspondence to State of Arizona, office of the Governor October 17th 2007. as stated. N/A.

## COUNT III

1. State the constitutional or other federal civil right that was violated: Eichth Amendment. Not to be excessively, nor cruelly nor unusually punished.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
- ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
- ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Governor Arnold Schwarzenneger as defendant in class action litigation with plaintiff, from California to Arizona, has permitted union corrections agents interdepartmentally to impose excessively, to financially subalternate the plaintiff with "behavioral science" audio video technicians state to state by the act of: "Homoplagium", that is: "sexual and violent" (of a straight christian male) in custody, found competent by Doctors, and involve the risk of serious harm to person and property, with out just compensation or exposures to risks, regardless of the precaution taken due to unordinary media coverage in the community to pose a risk. These actions violate the right to remain free of civil subjugation for Police or Peace officer tactics, procedures and, or practices of a State civil M.D.O. Parollee absconded, exposed to double jeopardy based on gender religion race with a allocution as a parole violator for an alibi in 'defense,' and an admission by a party opponent in the existance of a relationship, felonious in nature, for criminal infringement that create inhumane treatment for 'financial gain to custodians, retroactively.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Sexual Slander libel and defamation of character based on Christianity vs. St. Thomas of Aquinas parishes and conglomerated churches. denial of equal opportunity employment because of 'partial blindness, Calif Dept of Rehab Con Rep, Az, Ca, Dept of Corr. Ca., Az.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Letters to Warden "over-familiarity"... Nov 13th 2006. and Oct, 30th 2007th N/A.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
First and foremost plaintiff prays for preliminary injunctive relief that would conform to special master appointment Mandates Inre: to cruel and unusual punishments for class action plaintiffs of california Secondly, to prohibit disabled discrimination of an american in public or private an order for Federal custody forthwith that would permit employment for complex litigation needs, Thirdly an order to award by federal applicable statutes One hundred and fifty thousand dollars without a jurisdictional question for venue. And, preliminary injunctive orders to disassociate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31st 2007
DATE

James L. Hines
SIGNATURE OF PLAINTIFF

"propria persona / pro se"
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

propria persona / pro se
(Signature of attorney, if any)

U.S. Attorney General Dept. of Justice
Constitution Ave & 10 St N.W.
Washington D.C. 20530
202 - 633 - 2000 #
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED
NOV 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ✓ Prose

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Shi...**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**Box 3400**
**Florence, AZ 85232**
**197067**

**ATTORNEYS (IF KNOWN)**

'07CV 2240 J BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 11/21/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Mueller