AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

James Lynn O'Hines

**V.**

Dora B. Schriro, Janet Napolitano, Arnold Schwarzenegger, June Shell

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:** 07cv2240 J (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court hereby denies Plaintiff's Motion to Proceed In Forma Paupers as barred by 28 U.S.C. 1915(g) and dismisses this action without prejudice pursuant to 28 U.S.C. 1914(a) for failing to prepay the $350 filing fee...

February 8, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/ A. Everill
(By) Deputy Clerk

ENTERED ON February 8, 2008